UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUAN GUILBE,

                            Plaintiff,

                            13-CV-6725 (JPO)

          -v-

CAROLYN W. COLVIN, Acting Commissioner     ORDER
of Social Security,                            ADOPTING REPORT &
                                                                                             RECOMMENDATION
                           Defendant.
------------------------------------------------------------X


J. PAUL OETKEN, District Judge:

      Plaintiff Juan Carlos Guilbe, proceeding *pro se*, brings this action under the Social Security Act, 42 U.S.C. §§ 405(g) and 1383(c)(3), challenging a final decision of the Commissioner of Social Security denying his application for disability benefits. On September 4, 2014, Defendant moved for judgment on the pleadings. (Dkt. No. 23.) Plaintiff did not respond to Defendant's motion, and the case was referred to Magistrate Judge Ronald L. Ellis for a report and recommendation. Before the Court is Magistrate Judge Ellis's March 12, 2015 Report and Recommendation, which recommends that judgment on the pleadings be granted in favor of Defendant. (Dkt. No. 26 at 26.)

      A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by a magistrate judge." 28 U.S.C. § 636(b)(1). "The Court must make a de novo determination of any portions of a magistrate's report . . . to which a party raises an objection, and reviews only for clear error on the face of the record when there are no objections to the [report]." *Brennan v. Colvin*, No. 13 Civ. 6338 (AJN) (RLE), 2015 WL 1402204, at *1 (S.D.N.Y. Mar. 25, 2015) (internal quotation marks and italics omitted).

1

Federal Rule of Civil Procedure 72 gives the parties fourteen days from the service of the Report and Recommendation to file written objections.  Although these fourteen days have passed, neither party has filed an objection.  The Court has reviewed Judge Ellis's thorough and well-reasoned Report and Recommendation for clear error and has found none.

Accordingly, the Report and Recommendation is ADOPTED in its entirety.  Defendant's motion for judgment on the pleadings is hereby GRANTED and this action is dismissed.

The Clerk of Court is directed to close the motions at Docket Number 23, and to close the case.

SO ORDERED.

Dated: March 31, 2015
New York, New York

_____
J. PAUL OETKEN
United States District Judge

A copy of this Opinion and Order was mailed to the *pro se* party.